IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| **RICHARD E. MARTI,**<br><br>    Plaintiff,<br><br>v.<br><br>**INTERSTATE POWER AND LIGHT and ALLIANT ENERGY CORPORATE SERVICES, INC.**<br><br>    Defendants. | Case No. 2:15-cv-01016 LRR<br><br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

The parties, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate for dismissal of the present cause with prejudice.

                                        Respectfully Submitted,

                                        */s/ Bridget R. Penick*
                                        Bridget R. Penick AT0006147
                                        Brant M. Leonard AT0010157
                                        FREDRIKSON & BYRON, P.A.
                                        505 East Grand Ave., Suite 200
                                        Des Moines, Iowa 50309
                                        Tel: (515) 242-8900
                                        bpenick@fredlaw.com
                                        bleonard@fredlaw.com
                                        ATTORNEYS FOR DEFENDANTS

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2016, the above and foregoing instrument was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties of record.

ANDERSON, WILMARTH,
VAN DER MAATEN, BELAY,
FRETHEIM & ZAHASKY

_____
Stephen J. Belay
[AT 0000694]
212 Winnebago
P.O. Box 450
Decorah, IA 52101
Telephone: (563)382-2959
Fax: (563)382-3773
Email: belay@andersonlawdecorah.com
ATTORNEYS FOR PLAINTIFF